No. 9, Original. ARIZONA v. CALIFORNIA ET AL. The report of the Special Master is received and ordered filed. THE CHIEF JUSTICE took no part in the consideration or decision of this case. [For earlier orders herein, see 344 U. S. 919; 347 U. S. 985, 986; 348 U. S. 947; 350 U. S. 114, 812; 351 U. S. 977; 354 U. S. 918; 357 U. S. 902.]

No. 62. LEAHY v. UNITED STATES. Certiorari, 363 U. S. 810, to the United States Court of Appeals for the Ninth Circuit. Motion of *Clark A. Barrett* for leave to withdraw appearance as counsel for petitioner granted.

No. 621, Misc. STANLEY v. JOHNSTON, STATE HOSPITAL DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied.

No. 617, Misc. DOUGLAS v. KLOEB, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 539. KESLER v. DEPARTMENT OF PUBLIC SAFETY, FINANCIAL RESPONSIBILITY DIVISION, STATE OF UTAH. Appeal from the United States District Court for the District of Utah. Probable jurisdiction noted. *E. J. Skeen* for appellant.